# BOARD OF TRUSTEES OF THE VILLAGE OF SCARS-DALE ET AL. v. McCREARY ET AL.

No. 84–277.   Argued February 20, 1985—Decided March 27, 1985

*Marvin E. Frankel* argued the cause for petitioners. With him on the briefs was *Marc D. Stern.*

*Marvin Schwartz* argued the cause for respondents and filed a brief for respondents Scarsdale Crèche Committee et al.   *Vincent K. Gilmore* filed a brief for respondents McCreary et al.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE POWELL took no part in the decision of this case.

---

*Briefs of *amici curiae* urging reversal were filed for the American Civil Liberties Union et al. by *Burt Neuborne, Charles S. Sims, Norman Dorsen,* and *Steven R. Shapiro;* for the American Jewish Committee et al. by *Samuel Rabinove;* and for the Anti-Defamation League of B'nai B'rith et al. by *Ruti G. Teitel, Meyer Eisenberg, Justin J. Finger,* and *Jeffrey P. Sinensky.*

*Solicitor General Lee, Acting Assistant Attorney General Willard,* and *Deputy Solicitor General Bator* filed a brief for the United States as *amicus curiae* urging affirmance.

*Steven Frederick McDowell* filed a brief for the Catholic League for Religious and Civil Rights as *amicus curiae.*